**UNITED STATES of America,**

v.

**James AUSTIN Appellant.**

**No. 03–3308.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Jan. 26, 2004.

Decided Feb. 4, 2004.

---

Eric B. Henson, Office of United States Attorney, Philadelphia, PA, for Appellee.

James Austin, pro se, Lisbon, OH, for Appellant.

Before NYGAARD, FUENTES, and STAPLETON, Circuit Judges.

## OPINION OF THE COURT

NYGAARD, Circuit Judge.

Appellant James Austin pleaded guilty to seven counts related to trafficking in crack cocaine. The District Court sentenced the Appellant to ninety-seven months imprisonment. Austin filed a notice of appeal, *pro se,* and his appointed counsel, Jeremy C. Gelb, Esq., filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Counsel indicated that there are no non-frivolous issues for appeal.

We have carefully reviewed the Appellant's brief, along with the responsive brief of the United States and other matters of record. Austin did not file a *pro se* brief. We conclude, after our own review of the entire record, that the District Court did not err. Accordingly, the judgment of the District Court will be affirmed.

The motion of defense counsel to withdraw will be granted.